UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
MICHAEL GRECCO PRODUCTIONS, INC.,

                                Plaintiff,

    -against-
                                                      Index No.: 1:23-cv-964
DESTINATIONS IRELAND & BEYOND, INC.,          (MAD/CFH)

                                Defendant.
-------------------------------------------------------------------X

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiff Michael Grecco Productions, Inc. ("Plaintiff") and defendant Destinations Ireland & Beyond, Inc. ("Defendant"), (collectively, the "Parties"), being all parties who entered an appearance in this lawsuit, hereby jointly and mutually stipulate to the dismissal of all claims asserted herein, with prejudice, and with each party to bear the cost of its own attorneys' fees and costs incurred in this lawsuit. The Parties have entered into a confidential settlement agreement that fully resolves this lawsuit.

Respectfully submitted on January 17, 2024.

| | |
|---|---|
| COPYCAT LEGAL PLLC<br>3111 N. University Drive<br>Suite 301<br>Coral Springs, FL 33065<br>Telephone: (877) 437-6228<br>dan@copycatlegal.com<br><br>*Attorney for Plaintiff*<br><br>By: */s/ Daniel DeSouza*<br>    Daniel DeSouza, Esq. | DREYER BOYAJIAN LLP<br>75 Columbia Street<br>Albany, New York 12210<br>Telephone: (518) 463-7784<br>jpeluso@dblawny.com<br>dboyajian@dblawny.com<br><br>*Attorney for Defendant*<br><br>By: */s/ Donald W. Boyajian*<br>    Donald W. Boyajian, Esq. |

```
IT IS SO ORDERED:

_____
Mae A. D'Agostino
U.S. District Judge

Dated: January 18, 2024
       Albany, NY
```